CASES REPORTED WITH BRIEF SYLLABI.807

App. Div.]                    First Department, October, 1923.

dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH LEAHY.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM P. SIM.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM BRIDGES.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MEYER MILLER.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH BENOMAR.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES M. GRAY MARBLE AND SLATE COMPANY v. VALENTINE SCHAEFER, Respondent, and EARLINGTON REALTY CORPORATION, Appellant.— Motion granted. Settle order containing question to be certified on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WARREN McCONIHE v. VIRGINIA FOSTER DE SORZANO JORRIN and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WARREN McCONIHE v. VIRGINIA FOSTER DE SORZANO JORRIN and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

METROPOLITAN TRUST COMPANY OF NEW YORK and Others v. MARY C. BISHOP and Others. (ABIGAIL HANCOCK BISHOP, Petitioner.) — Motion granted. Settle order containing questions to be certified upon notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE McANENY and Others v. NEW YORK CENTRAL RAILROAD COMPANY and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of AUGUST J. ROECK, Deceased.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of ANTHONY SIRACUSE to Compel the 421–425 WEST FIFTY-FOURTH STREET CORPORATION to Arbitrate.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted upon the ground of conflicting decisions in two departments. Settle order containing questions to be certified upon notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Petition of GRACE B. SIMMS to Construe the Will of ROBERT J. HORNER, Deceased.— Motion denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BYRD SHOEMAKER LAUMEIER v. HERMAN H. LAUMEIER.— Motion for leave to appeal to the Court of Appeals granted; motion for reargument denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.